IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **WILLIAM O. GREENWALT and** | : | |
| **PATRICIA A. GREENWALT** | : | Bankruptcy No. **17-21831-CMB** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 41 |
| ================================= | : | |
| **WILLIAM O. GREENWALT and** | : | |
| **PATRICIA A. GREENWALT** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING, INC.,** | : | |
| *Respondent* | : | |

## ORDER

A *Loss Mitigation Order* dated  8/30/2017  , was entered in the above matter at Document No.  35  . On  11/28/2017  , a ***Motion to Extend the Loss Mitigation Period*** was filed by  Debtor  at Document No. _____.

*AND NOW*, this  12th  day of  December  , 20 17 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*  January 31,  , 20  18  .

FILED
12/12/17 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
United States Bankruptcy Judge       dms

PAWB Local Form 43 (04/14)                                                                                                   Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William O Greenwalt  
Patricia A Greenwalt  
       Debtors

Case No. 17-21831-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Dec 12, 2017  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.  
db/jdb         +William O Greenwalt,    Patricia A Greenwalt,    52 Circle Drive,    Irwin, PA 15642-4556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com  
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
         Michael S. Geisler    on behalf of Debtor William O Greenwalt m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Michael S. Geisler    on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                TOTAL: 7