# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** WILLIAM O & PATRICIA A GREENWALT
**Case Number:** 17-21831-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 11, 2018 10:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/19/18 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#24 - Final Confirmation of Plan Dated 5/25/2017 (NFC)
R / M #: 24 / 0

### Appearances:

Debtor: Geisler
Trustee: Winnecour / Pail / Katz
Creditor: hochnikar - IRS

### Proceedings:

Outcome: Contested

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 2-14-18 at 10
10. _____ Other:

1. No provision for $180,000 plus IRS claim

2. No tax returns still

3. No operating reports since 9/17, no business questionnaire

1/4/2018    2:00:04PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William O Greenwalt  
Patricia A Greenwalt  
       Debtors

Case No. 17-21831-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jan 19, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.  
db/jdb         +William O Greenwalt,    Patricia A Greenwalt,    52 Circle Drive,    Irwin, PA 15642-4556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:

          James    Warmbrodt     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank  
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust  
           2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com  
          Jill    Locnikar     on behalf of Creditor    United States of America Department of the Treasury,  
           Internal Revenue Service jill.locnikar@usdoj.gov,  
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov  
          Michael S. Geisler     on behalf of Debtor William O Greenwalt m.s.geisler@att.net,  
           msgeis@yahoo.com;michaelgeisler13@gmail.com  
          Michael S. Geisler     on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net,  
           msgeis@yahoo.com;michaelgeisler13@gmail.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                                                                         TOTAL: 7