# PROCEEDING MEMO

**Date:** 02/14/2018 10:00 am

**In re:** William O Greenwalt and
Patricia A. Greenwalt

Bankruptcy No. 17-21831-CMB
Chapter: 13
Doc. # 24

**Appearances:**

**Movant(s):**   Winnecour / ~~Pail / Katz~~

**Respondent(s):**   Michael S. Geisler, Esq. for Debtors

**Creditor(s):**

**Nature of Proceeding:**   # 24 Contested Chapter 13 Plan hearing re Plan Dated 5/25/2017

**Additional Pleadings:**   #28 Objection to Confirmation
#30 Minutes of 341 Meeting
#38 Interim Order Confirming Plan
#45 Conciliation Conference Minutes

**Judge's Notes:**   Debtors' counsel has no defense to dismissal.   Trustee moved for dismissal.

**Outcome:**   Case dismissed without prejudice.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

_X_ Case DISMISSED   _X_ Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:       Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

FEB 14 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA