Form 225

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William O Greenwalt**
**Patricia A Greenwalt**
   Debtor(s)

Bankruptcy Case No.: 17−21831−CMB

Chapter: 13
Docket No.: 50 − 45

# ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: February 14, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-21831-CMB
William O Greenwalt                                             Chapter 13
Patricia A Greenwalt
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 3              Date Rcvd: Feb 14, 2018
                              Form ID: 225            Total Noticed: 68
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
```
db/jdb         +William O Greenwalt,    Patricia A Greenwalt,    52 Circle Drive,    Irwin, PA 15642-4556
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 633 U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1906
14413847       +Altair OH XII, LLC,    c/o Weinstein, Pinson and Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
14413869        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14413870       +Erie County Courthouse,    140 W. 6th Street,    Erie, PA 16501-1011
14413883       +Nick Pisani and Loreen Pisani,    2223 Heyland Road,    Harrison City, PA 15636-1437
14413887       +Pride Acquisitions,    100 Garden City Plaza, Suite 500B,    Garden City, NY 11530-3214
14413889       +Select Portfolio Servicing,    3815 S West Temple, Ste 2000,    Salt Lake City, UT 84115-4412
14413890       +Spartan Financial Services,    13730 S Point Blvd,    Charlotte, NC 28273-7715
14413891       +State Collections Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14413894       +TD Bank U.S.A., N.A.,    c/o Weinstein, Pinson and Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
14413896       +U.S. Bank, N.A.,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
14705052        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
14705037        UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
14413898       +Verizon,    P.O. Box 5029,    Wallingford, CT 06492-7529
14413899       +Westmoreland County Prothonotary,    2 N. Main Street, Ste. 501,    Greensburg, PA 15601-2414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14413848       +EDI: AMEREXPR.COM Feb 15 2018 01:43:00      American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
14413849        EDI: BECKLEE.COM Feb 15 2018 01:43:00      American Express Bank, FSB,    c/o Becket and Lee, LLP,
                 P.O. Box 3001,    Malvern, PA 19355-0701
14413850        EDI: AIS.COM Feb 15 2018 01:43:00      American InfoSource LP as agent for,    Verizon,
                 P.O. Box 248838,    Oklahoma City, OK 73124-8838
14413851       +EDI: ACCE.COM Feb 15 2018 01:43:00      Asset Acceptance LLC,    P.O. Box 1630,
                 Warren, MI 48090-1630
14413852        EDI: BANKAMER.COM Feb 15 2018 01:43:00      Bank of America,    P.O. Box 982235,
                 El Paso, TX 79998
14413853       +EDI: CAPITALONE.COM Feb 15 2018 01:43:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14413854        EDI: BL-BECKET.COM Feb 15 2018 01:43:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 P.O. Box 3001,    Malvern, PA 19355-0701
14413857       +EDI: CHASE.COM Feb 15 2018 01:43:00      Chase BP Private Label,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14413855       +EDI: CHASE.COM Feb 15 2018 01:43:00      Chase Bank USA, N.A.,    3700 Wiseman Boulevard,
                 San Antonio, TX 78251-4322
14413856       +EDI: CHASE.COM Feb 15 2018 01:43:00      Chase Bank, USA,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14413858       +EDI: SEARS.COM Feb 15 2018 01:43:00      Citibank/Sears,    P.O. Box 6283,
                 Sioux Falls, SD 57117-6283
14413859       +EDI: CITICORP.COM Feb 15 2018 01:43:00      Citicards/Citibank,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
14413860       +EDI: WFNNB.COM Feb 15 2018 01:43:00      Comenity Bank/Bon Ton,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
14413861        EDI: WFNNB.COM Feb 15 2018 01:43:00      Comenity Bank/Kingsize,    PO Box 18279,
                 Columbus, OH 43218
14413862       +EDI: WFNNB.COM Feb 15 2018 01:43:00      Comenity Bank/New York & Co.,    PO Box 182789,
                 Columbus, OH 43218-2789
14413863       +EDI: CRFRSTNA.COM Feb 15 2018 01:43:00      Credit First NA,    P.O.Box 818011,
                 Cleveland, OH 44181-8011
14413864        EDI: CRFRSTNA.COM Feb 15 2018 01:43:00      Credit First NA/Firestone,    P.O. Box 81083,
                 Cleveland, OH 44181
14413866       +EDI: DISCOVER.COM Feb 15 2018 01:43:00      Discover Bank,    6500 New Albany Road,
                 New Albany, OH 43054
14413868        EDI: DISCOVER.COM Feb 15 2018 01:43:00      Discover Financial Services,    P.O. Box 15316,
                 Wilmington, DE 19850
14413865       +EDI: TSYS2.COM Feb 15 2018 01:43:00      Dept, Stores National Bank/Macy’s,
                 Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
14633743        EDI: DISCOVER.COM Feb 15 2018 01:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14413867        EDI: DISCOVER.COM Feb 15 2018 01:43:00      Discover Bank,    DB Servicing Corporation,
                 P.O. Box 3025,    New Albany, OH 43054-3025
14711028       +E-mail/Text: kburkley@bernsteinlaw.com Feb 15 2018 01:59:31      Duquesne Light Company,
                 c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14413871       +EDI: RMSC.COM Feb 15 2018 01:43:00      GECRB/Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0315-2                  User: dsaw                     Page 2 of 3                   Date Rcvd: Feb 14, 2018
                                      Form ID: 225                   Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14413872      +EDI: CITICORP.COM Feb 15 2018 01:43:00      Home Depot/Citibank,    P.O. Box 6497,
               Sioux Falls, SD 57117-6497
14413873      +EDI: IIC9.COM Feb 15 2018 01:43:00      I.C. System Inc.,    P.O. Box 64378,
               Saint Paul, MN 55164-0378
14413874       EDI: IRS.COM Feb 15 2018 01:43:00      Internal Revenue Service,    P.O. Box 7317,
               Philadelphia, PA 19101-7317
14413875      +EDI: CBSKOHLS.COM Feb 15 2018 01:43:00      Kohls/Capital One,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
14705662       EDI: RESURGENT.COM Feb 15 2018 01:43:00      LVNV Funding LLC, C/O Resurgent Capital Services,
               P.O. Box 10675,    Greenville, SC 29603-0675
14413876      +EDI: RESURGENT.COM Feb 15 2018 01:43:00      LVNV Funding, LLC,    PO Box 10497,
               Greenville, SC 29603-0497
14413878       EDI: RESURGENT.COM Feb 15 2018 01:43:00      LVNV Funding, LLC assignee of,
               HSBC Private Label Acq. Corp.,    c/o Resurgent Capital Services,    P.O. Box 10587,
               Greenville, SC 29603-0587
14413879      +EDI: TSYS2.COM Feb 15 2018 01:43:00      Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
14413880      +EDI: TSYS2.COM Feb 15 2018 01:43:00      Macys,    P.O. Box 8218,    Mason, OH 45040-8218
14413881      +EDI: MID8.COM Feb 15 2018 01:43:00      Midland Funding,    8875 Aero Drive Suite 200,
               San Diego, CA 92123-2255
14413882      +E-mail/Text: egssupportservices@alorica.com Feb 15 2018 01:58:55      NCO Credit Services/51,
               507 Prudential Road,    Horsham, PA 19044-2308
14641476      +EDI: PRA.COM Feb 15 2018 01:43:00      Orion Portfolio Services LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14413885       EDI: PRA.COM Feb 15 2018 01:43:00      Portfolio Recovery Associates,
               120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14413886       EDI: PRA.COM Feb 15 2018 01:43:00      Portfolio Recovery Associates, LLC,    P.O.Box 12914,
               Norfolk VA 23541, No VA 23541
14705234       EDI: PRA.COM Feb 15 2018 01:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14414639      +EDI: PRA.COM Feb 15 2018 01:43:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14413884       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:58:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
14413888       EDI: Q3G.COM Feb 15 2018 01:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               P.O. Box 788,    Kirkland, WA 98083-0788
14419916       EDI: Q3G.COM Feb 15 2018 01:43:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
14413892      +EDI: CITICORP.COM Feb 15 2018 01:43:00      Sunoco/Citibank,    P.O. Box 6497,
               Sioux Falls, SD 57117-6497
14413893       EDI: RMSC.COM Feb 15 2018 01:43:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave., Suite 1120,    Miami FL 33131-1605, Mi FL 33131-1605
14413895      +EDI: WTRRNBANK.COM Feb 15 2018 01:43:00      TD Bank USA/Target Credit,    P.O. Box 673,
               Minneapolis, MN 55440-0673
14711079       E-mail/Text: jennifer.chacon@spservicing.com Feb 15 2018 01:59:51      U.S. Bank, N.A.,
               c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14413897      +EDI: WFNNB.COM Feb 15 2018 01:43:00      Value City Rooms Today/WFNNB,    P.O. Box 182789,
               Columbus, OH 43218-2789
14667151       EDI: AIS.COM Feb 15 2018 01:43:00      Verizon,    by American InfoSource LP as agent,
               PO Box 248838,    Oklahoma City, OK  73124-8838
14413900      +EDI: WFNNB.COM Feb 15 2018 01:43:00      WFNNB/Dress Barn,    P.O. Box 182789,
               Columbus, OH 43218-2789
14413901      +EDI: WFNNB.COM Feb 15 2018 01:43:00      WFNNB/Express,    P.O. Box 182789,
               Columbus, OH 43218-2789
14413902      +EDI: WFNNB.COM Feb 15 2018 01:43:00      World Financial Network National Bank,
               220 West Schrock Road,    Westerville, OH 43081-2873
                                                                                              TOTAL: 52

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             U.S. Bank, N.A., successor trustee to LaSalle Bank
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14708827*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14413877     ##+LVNV Funding, LLC,    c/o Edwin A. Abrahamsen & Assoc.,    120 North Keyser Avenue,
               Scranton, PA 18504-9701
                                                                                               TOTALS: 2, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: dsaw                  Page 3 of 3                  Date Rcvd: Feb 14, 2018
                               Form ID: 225                Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:

              James   Warmbrodt     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE6, Asset-Backed Certificates Series 2006-HE6 bkgroup@kmllawgroup.com
              Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Michael S.   Geisler     on behalf of Debtor William O Greenwalt m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S.   Geisler     on behalf of Joint Debtor Patricia A Greenwalt m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J.   Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7