**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WILLIAM O GREENWALT<br>PATRICIA A GREENWALT<br>Debtor(s) | Case No.:17-21831 |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2017 and confirmed on 09/29/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 13,500.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,500.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,136.43 | |
| Trustee Fee | 576.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,712.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK NA - TRUSTEE<br>Acct: 7208 | 0.00 | 10,477.57 | 0.00 | 10,477.57 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 7965 | 3,686.53 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0555 | 30,000.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>Acct: 7208 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>Acct: 7208 | 147,983.34 | 0.00 | 0.00 | 0.00 |
| | | | | 10,477.57 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM O GREENWALT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,200.00 | 2,136.43 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 188,499.19 | 0.00 | 0.00 | 0.00 |
| Acct: 0555 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,635.16 | 0.00 | 0.00 | 0.00 |
| Acct: 7965 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX1CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| ALTAIR OH XIII LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN EXPRESS BANK FSB | 11,239.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2007 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 273.05 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2212 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9241 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9921 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0913 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,145.15 | 0.00 | 0.00 | 0.00 |
| Acct: 6184 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7013 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2058 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0407 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7013 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8384 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4569 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 696.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0044 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0742 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4773 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7848 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6431 | | | | |
| DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| DISCOVER BANK(*)<br>Acct: 2680 | 9,053.37 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 6558 | 7,775.60 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 8287 | 124.99 | 0.00 | 0.00 | 0.00 |
| ERIE COUNTY CLERK OF COURTS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 3776 | 459.08 | 0.00 | 0.00 | 0.00 |
| THD/CBSD<br>Acct: 0398 | 0.00 | 0.00 | 0.00 | 0.00 |
| I.C. SYSTEMS INC.<br>Acct: 9001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 5954 | 3,155.49 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 1814 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 7936 | 5,229.71 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/M<br>Acct: 6107 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BANK/M<br>Acct: 7956 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 4106 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 5154 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 5987 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 6085 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 4350 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: 4116 | 0.00 | 0.00 | 0.00 | 0.00 |
| NICK AND LOREEN PISANI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 4649 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 8384 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 0525 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 9382 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 1973 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 5005 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3776 | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC (FORMERLY FO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIDE ACQUISITION LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5522 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMENI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2855 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2949 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2981 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3024 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3042 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3057 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3069 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3082 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3092 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0800 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2596 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2601 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2606 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2618 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2633 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2638 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2661 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2676 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2680 | | | | |
| | SPARTAN FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8271 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3827 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8271 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8271 | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4887 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1706 | | | | |
| | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 17-21831 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 5 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   VALUE CITY FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0748 | | | | |
|   ORION PORTFOLIO SERVICES LLC | 127.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2656 | | | | |
|   WESTMORELAND COUNTY PROTHON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,752.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 2428 | | | | |
|   WFNNB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,881.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 4038 | | | | |
|   INTERNAL REVENUE SERVICE* | 136,219.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 0555 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,097.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 7965 | | | | |
|   UPMC PHYSICIAN SERVICES | 501.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 7965 | | | | |
|   UPMC HEALTH SERVICES | 2,280.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 7965 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS      10,787.57

TOTAL CLAIMED
PRIORITY     190,444.35
SECURED      181,669.87
UNSECURED    183.013.11

Date: 03/14/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com