UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>WILLIAM O GREENWALT<br>PATRICIA A GREENWALT<br>Debtor(s) | Case No. 17-21831CMB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2017.

2) The plan was confirmed on 09/29/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/29/2027.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 02/14/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $26,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,500.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,136.43 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $576.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,022.43

Attorney fees paid and disclosed by debtor:        $1,800.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 11,239.00 | 11,239.39 | 11,239.39 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 0.00 | 273.05 | 273.05 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 10,219.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 3,155.00 | 3,155.49 | 3,155.49 | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,607.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE++ | Unsecured | 10,063.00 | NA | NA | 0.00 | 0.00 |
| CHASE++ | Unsecured | 3,959.00 | NA | NA | 0.00 | 0.00 |
| CHASE++ | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| CHASE++ | Unsecured | 10,063.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 1,839.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,907.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 2,204.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 2,032.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 3,918.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | 9,053.37 | 9,053.37 | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 7,775.00 | 7,775.60 | 7,775.60 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 0.00 | 124.99 | 124.99 | 0.00 | 0.00 |
| ERIE COUNTY CLERK OF COURTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| I.C. SYSTEMS INC. | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 136,219.92 | 136,219.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 0.00 | 30,000.00 | 30,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 188,499.19 | 188,499.19 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 5,810.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | 5,229.71 | 5,229.71 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 4,476.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 3,464.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 9,387.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,921.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 4,425.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| NICK AND LOREEN PISANI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ORION PORTFOLIO SERVICES LLC | Unsecured | 129.00 | 127.09 | 127.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 1,097.24 | 1,097.24 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 1,635.16 | 1,635.16 | 1,635.16 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 3,686.53 | 3,686.53 | 3,686.53 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,590.00 | 1,145.16 | 1,145.15 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 459.00 | 459.08 | 459.08 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 1,752.46 | 1,752.46 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 1,881.93 | 1,881.93 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,832.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 2,702.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 3,603.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,922.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,790.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRIDE ACQUISITION LLC | Unsecured | 27,799.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOI | Unsecured | 696.00 | 696.85 | 696.85 | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 3,430.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| SPARTAN FINANCIAL SERVICE | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK NA(*) | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 1,387.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 2,280.84 | 2,280.84 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 501.04 | 501.04 | 0.00 | 0.00 |
| US BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 200,000.00 | 318,095.70 | 0.00 | 10,477.57 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 0.00 | 147,983.34 | 147,983.34 | 0.00 | 0.00 |
| VALUE CITY FURNITURE | Unsecured | 2,621.00 | NA | NA | 0.00 | 0.00 |
| WESTMORELAND COUNTY PROTHO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $10,477.57 | $0.00 |
| Mortgage Arrearage | $147,983.34 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $33,686.53 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$181,669.87** | **$10,477.57** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $190,134.35 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$190,134.35** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$183,013.11** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,022.43 |
| Disbursements to Creditors | $10,477.57 |
| **TOTAL DISBURSEMENTS :** | **$13,500.00** |

**UST Form 101-13-FR-S (9/1/2009)**

     12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2018                          By: /s/ Ronda J. Winnecour
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**